UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY ROBERT BRANSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J.W. FAIRMAN, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:03-cv-05203-REC-SMS-P<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** (Doc. 85)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 60) |

　　　Plaintiff, Randy Robert Branson ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On February 22, 2005, the Magistrate Judge filed a Report and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On March 15, 2005, plaintiff filed objections to the Magistrate Judge's Report and Recommendation.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Report and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Report and Recommendation, filed February 22, 2005, is ADOPTED IN FULL;

2.   Defendants' Motion for Summary Judgment on plaintiff's Eighth Amendment against defendants Frazer, Vaughn, Castillo, and Fairman is GRANTED;

3.   Defendants' Motion for Summary Judgment on plaintiff's First Amendment claim against defendants Pickett, Childress, Marsh, and Duvall is GRANTED; and,

4.   Defendants' Motion for Summary Judgment on Supervisory Liability against defendants Duvall, Pickett, Childress, Castillo, Frazer, Vaughn, Marsh, and Fairman is GRANTED.

IT IS SO ORDERED.

668554**Dated:  May 24, 2005**               **/s/ Robert E. Coyle**
                                         UNITED STATES DISTRICT JUDGE