# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
2005 JUL -6 A 11: 58
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF,
AT FRESNO
DEPUTY

| | |
|---|---|
| RANDY ROBERT BRANSON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>J. W. FAIRMAN, JR., Warden; et al.,<br><br>Defendants - Appellees. | No. 05-16160<br>D.C. No. CV-03-05203-<br>REC/SMS<br><br>**ORDER** |

This appeal has been taken in good faith [X]

This appeal is not taken in good faith [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: July 5, 05